UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR J. GATES,

                    Petitioner,                    Case Number 2:09-CV-13864
                                                    Honorable Lawrence P. Zatkoff

v.

BLAINE LAFLER,

                    Respondent.

_____/

**JUDGMENT**

       The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on September 28, 2011.

       IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

       IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

APPROVED:

                                              BY:   S/Marie Verlinde____
                                                     MARIE VERLINDE
                                                  DEPUTY CLERK

s/Lawrence P. Zatkoff_____
UNITED STATES DISTRICT JUDGE

**Dated: September 28, 2011**